UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CORONA,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>MAURICE JUNIOUS, Acting Warden,<br><br>　　　　　　Respondent. | NO. EDCV 08-00438 ODW (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS, AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\

**IT IS ORDERED** that the Second Amended Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 06-10-2010

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE