1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JAIME CORONA,                           ) NO. EDCV 08-00438 ODW (SS)
                                            )
12              Petitioner,                 )
                                            )
13        v.                                )        **JUDGMENT**
                                            )
14  MAURICE JUNIOUS, Acting Warden,         )
                                            )
15              Respondent.                 )
    _____)

16

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19  Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  with prejudice.

23

24        DATED: *06-10-2010*

25                                          _____
                                            OTIS D. WRIGHT II
26                                          UNITED STATES DISTRICT JUDGE

27

28